WO

## UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| Agustin Sicairos-Acosta,<br><br>              Petitioner,<br><br>     vs.<br><br>United States of America,<br><br>              Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>) JUDGMENT IN A CIVIL CASE<br>)<br>) Case No. CV-05-00612-TUC-FRZ<br>)           CR-04-00493-TUC-FRZ<br>)<br>) |

X    **DECISION BY COURT.** This action came under consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED** that Petitioner's October 11, 2005 "Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (28 U.S.C. § 2255)" (U.S.D.C. document #53 in CR-04-493-TUC-FRZ) and this action (CV-05-612-TUC-FRZ) are **DISMISSED WITHOUT PREJUDICE** to allow Petitioner to seek certification from the Ninth Circuit Court of Appeals to file a second or successive petition.

October 31, 2005          RICHARD H. WEARE
Date                          CLERK

                             *S/ M. Michelle Mejia*
                                M. Michelle Mejia
                                   Deputy Clerk

Copies to:
J/B, FRZ, Sicairos-Acosta,